**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Jackson Healthcare LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Ayden Healthcare of Jackson** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1801920** |
| 4. | Debtor's address | **Principal place of business**<br><br>**8669 State Route #93**<br>**Jackson, OH 45640**<br>Number, Street, City, State & ZIP Code<br><br>**Jackson**<br>County | **Mailing address, if different from principal place of business**<br><br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.aydenhealthcare.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Jackson Healthcare LLC**    Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  **6231**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **Jackson Healthcare LLC**     Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor **See Attached**     Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000
■ 200-999

**15. Estimated Assets**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Jackson Healthcare LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 29, 2022**
MM / DD / YYYY

**X** **/s/ Suzanne Koenig**              **Suzanne Koenig**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Christopher A. Ward**              Date **July 29, 2022**
Signature of attorney for debtor                MM / DD / YYYY

**Christopher A. Ward**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 252-0920**    Email address  **cward@polsinelli.com**

**3877 DE**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**ATTACHMENT TO PETITION**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 7 case, filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

- Boulder Operations Holdings LLC
- Akron Healthcare LLC
- Belden Village Healthcare LLC
- Bellefontaine Healthcare LLC
- Euclid Beach Healthcare LLC
- Greenville Healthcare LLC
- Holly Glen Healthcare LLC
- Jackson Healthcare LLC
- Madeira Healthcare LLC
- Mayfield Heights Healthcare LLC
- North Olmsted Healthcare LLC
- Oregon Healthcare LLC
- Piqua Healthcare LLC
- Portsmouth Healthcare LLC
- Uptown Westerville Healthcare LLC
- Waterville Healthcare LLC
- Wauseon Healthcare LLC
- Woodridge Healthcare LLC

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Jackson Healthcare LLC**  
                     Debtor(s)

Case No.  
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **26,084.00** |
   | Prior to the filing of this statement I have received | $ **26,084.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 29, 2022**  
*Date*

**/s/ Christopher A. Ward**  
**Christopher A. Ward**  
*Signature of Attorney*  
**Polsinelli PC**  
**222 Delaware Avenue**  
**Suite 1101**  
**Wilmington, DE 19801**  
**(302) 252-0920   Fax: (302) 252-0921**  
**cward@polsinelli.com**  
*Name of law firm*

# United States Bankruptcy Court
### District of Delaware

In re **Jackson Healthcare LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Jackson Healthcare LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boulder Operations Holdings LLC**
**1209 Orange Street**
**Wilmington, DE 19801**

☐ None [*Check if applicable*]

**July 29, 2022**
Date

**/s/ Christopher A. Ward**
**Christopher A. Ward**
Signature of Attorney or Litigant
Counsel for **Jackson Healthcare LLC**
**Polsinelli PC**
**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
**(302) 252-0920 Fax:(302) 252-0921**
**cward@polsinelli.com**

**UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER
OF
EUCLID BEACH HEALTHCARE LLC
JACKSON HEALTHCARE LLC
PORTSMOUTH HEALTHCARE LLC
AKRON HEALTHCARE LLC
MADEIRA HEALTHCARE LLC
BELDEN VILLAGE HEALTHCARE LLC
MAYFIELD HEIGHTS HEALTHCARE LLC
BELLEFONTAINE HEALTHCARE LLC
NORTH OLMSTED HEALTHCARE LLC
WATERVILLE HEALTHCARE LLC
GREENVILLE HEALTHCARE LLC
OREGON HEALTHCARE LLC
WAUSEON HEALTHCARE LLC
HOLLY GLEN HEALTHCARE LLC
PIQUA HEALTHCARE LLC
UPTOWN WESTERVILLE HEALTHCARE LLC
WOODRIDGE HEALTHCARE LLC**

**July 29, 2022**

The undersigned as the sole member of each of the member managed Companies set forth on Schedule A (each a "**Company**" and together the "**Companies**") hereby consents to, approves and adopts the following actions and resolutions (the "**Consent**") in lieu of a meeting of the Member, to be effective as of the date first listed above.

**WHEREAS**, the Member has considered presentations by management and legal advisors of the Companies regarding the liabilities and liquidity situation of the Companies, the strategic alternatives available to it, and the effect of the foregoing on the Companies' business;

**WHEREAS**, the Member has had the opportunity to consult with management and the Companies' legal advisors and fully consider each of the strategic alternatives available to the Companies as they exist after selling substantially all of the Companies' assets; and

**WHEREAS**, Boulder FG Holdings, LLC, the sole member of Boulder Operations Holdings, LLC, has executed a consent authorizing and directing Boulder Operations Holdings, LLC and its subsidiaries to commence Chapter 7 bankruptcy cases.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Member, it is desirable and in the best interests of the Companies, their creditors, and other parties in interest, that the Companies shall be and hereby are authorized to file or cause to be filed voluntary petitions for relief for the Companies (collectively referred to herein as the "**Bankruptcy Cases**") under the provisions of chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and it is further

**RESOLVED**, that managers Suzanne Koenig and Anzhelika Shatrov (collectively, the "**Authorized Persons**" or the "**Managers**"), acting alone or with one or more other Authorized Persons be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Companies all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Companies' businesses; and it is further

**RESOLVED**, that Polsinelli PC ("**Polsinelli**") is authorized to serve as restructuring counsel to work with the Authorized Persons to effectuate the filing of all documents necessary to seek protection under chapter 7 of the Bankruptcy Code and that any amounts remaining under Polsinelli's retainer shall be used to prepare for and prosecute the chapter 7 bankruptcy and shall be deemed earned upon receipt as of the date of the preparation of the chapter 7 bankruptcy; and it is further

**RESOLVED**, that the Authorized Persons, acting alone or with one or more other Authorized Persons, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions; and it is further

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Companies, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to advancement payment of filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all members of the Companies have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Companies, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Companies with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Member; and it is further

**RESOLVED,** that each of the Authorized Persons (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Companies with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such

Authorized Persons' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein; and it is further

**RESOLVED**, that the undersigned hereby waives acting at a meeting in accordance with Section 5.3(f) of the LLC Agreement.

An electronic copy of the Member's signature to this Consent shall be deemed (and shall have the same force and effect of) an original of the Member's signature for all purposes hereunder.

[*Signature page follows*]

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the date first written above.

**MEMBER**

**BOULDER OPERATIONS HOLDINGS LLC**,
A Delaware limited liability company

By: */s/ Suzanne Koenig*
Name: Suzanne Koenig
Title: Manager

By: */s/ Anzhelika Shatrov*
Name: Anzhelika Shatrov
Title: Manager

**Schedule A**

Akron Healthcare LLC

Belden Village Healthcare LLC

Bellefontaine Healthcare LLC

Euclid Beach Healthcare LLC

Greenville Healthcare LLC

Holly Glen Healthcare LLC

Jackson Healthcare LLC

Madeira Healthcare LLC

Mayfield Heights Healthcare LLC

North Olmsted Healthcare LLC

Oregon Healthcare LLC

Piqua Healthcare LLC

Portsmouth Healthcare LLC

Uptown Westerville Healthcare LLC

Waterville Healthcare LLC

Wauseon Healthcare LLC

Woodridge Healthcare LLC